

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THN PHYSICIANS ASSOCIATION D/B/A EL PASO PERINATOLOGY AND MARIA D. VELAZQUEZ, M.D., | § § | No. 08-15-00317-CV |
| Appellants, | § | Appeal from the |
| | | 448th District Court |
| v. | § | of El Paso County, Texas |
| MARIO A. TISCARENO AND MICHELLE R. TISCARENO, INDIVIDUALLY AND AS NEXT FRIENDS FOR A.R.T., A MINOR, | § § | (TC# 2014-DCV-2484) |
| Appellees. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the trial court's order denying Appellants' motion to dismiss. We therefore reverse the trial court's order denying Appellants' motion to dismiss and remand for the trial court to consider granting a thirty-day extension to allow Appellees to cure the deficiencies in the report with regard to their claims, in accordance with our opinion.

We further order that each party bear their own appellate costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 17TH DAY OF AUGUST, 2016.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.